

CHIEF JUSTICE
JAMES T. WORTHEN

## TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
CATHY S. LUSK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
CHIEF STAFF ATTORNEY
MARGARET HUSSEY

9/2/2015 1:26:28 PM

PAM ESTES
Clerk

June 30, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:                12-15-00086-CR
         Trial Court Case Number:   241-1480-14

**Style:** Lynn Ray Brown
        v.
        The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

C Mr. Michael J. West (DELIVERED VIA E-MAIL)
C Mr. Austin R. Jackson (DELIVERED VIA E-MAIL)
:

Mandate executed on ___2___ day of ___September___, 2015.

Brief explanation of action taken: ___Scanned___

_____          _____
                                                    District/County Clerk

# THE STATE OF TEXAS
# MANDATE

**********************************************

## TO THE 241ST DISTRICT COURT OF SMITH COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 6th day of May, 2015, the cause upon appeal to revise or reverse your judgment between

### LYNN RAY BROWN, Appellant

### NO. 12-15-00086-CR; Trial Court No. 241-1480-14

By *per curiam* opinion.

### THE STATE OF TEXAS, Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 30th day of June, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk

2015 SEP -2 PM 12: 41

FILED
LOIS ROGERS
DISTRICT CLERK

SMITH COUNTY, TEXAS

BY: DEPUTY